**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clinton James DUNSTON,**
**Defendant–Appellant.**

**No. 15-13709**
**Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 09/29/2016

Cherie Krigsman, Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, TAMPA, FL, Andrew C. Searle, U.S. Attorney's Office, ORLANDO, FL, for Plaintiff–Appellee.

Ali Kamalzadeh, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, ORLANDO, FL, Clinton James Dunston, FCI Coleman Medium—Inmate Legal Mail, COLEMAN, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

The Federal Public Defender's Office, through attorney Conrad Kahn, has moved to withdraw from further representation of the appellant in this appeal of the district court's denial of a motion to reduce sentence brought under 18 U.S.C. § 3582(c)(2), and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of the motion to reduce sentence is **AFFIRMED**.